UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/30/2020

ANTON SAHAZIZIAN et al.,

                Plaintiffs,

        -against-

DONALD CREADORE et al.,

                Defendants.

20-cv-1105 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a proposed stipulation and order from the parties which states that the parties have reached a settlement in principle [ECF #32].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by November 30, 2020.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  October 30, 2020
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1