| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 7/30/2021 |

ANTON SAHAZIZIAN et al.,

                Plaintiffs,

-against-

DONALD CREADORE et al.,

                Defendants.

20-cv-1105 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court held a hearing in this case on July 30, 2021. This order memorializes the Court's rulings at the conference.

    The Cashier's Office is directed to release $155,995.90 out of the $190,000 on deposit related to this case to Ropes & Gray LLP for further distribution pursuant to the parties' settlement agreement. The remaining $34,004.10 will remain on deposit pending resolution of the issues related to the charging lien asserted by Defendant's former counsel.

    On or before August 24, 2021, Defendant and his former counsel are directed to file briefs regarding all issues related to the charging lien asserted by counsel. After receiving the parties' briefs, the Court will determine whether a hearing regarding the lien is required. If so, the Court will post a further order to the ECF docket in this case.

**SO ORDERED.**

**Date: July 30, 2021**
       **New York, NY**

                                             **MARY KAY VYSKOCIL**
                                             **United States District Judge**