UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON SAHAZIZIAN and LAURA BURKE,

                Plaintiffs,

-against-

DONALD CREADORE and SUSAN F. GROBERG,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2021

Civil Action No. 1:20-cv-1105

**ORDER**

## ORDER OF DISMISSAL

This matter coming to be heard on the Parties' Stipulation of Voluntary Dismissal, the Court having reviewed the Stipulation, and being duly advised, it is HEREBY ORDERED THAT:

1. The above-captioned matter is dismissed with prejudice;

2. The Cashiers Office of the Court is directed to stop payment on or otherwise update the check issued on August 17, 2021 to Ropes & Gray LLP and deliver $155,995.90 out of the amount in dispute to Ropes & Gray LLP at the following address:

> Ropes & Gray LLP
> Attn: Finance Dept – Dee Bonyuet
> 800 Boylston Street
> Prudential Tower
> Boston, MA 02199-3600

3. The remainder of the amount in dispute ($34,004.10) shall continue to be held at the Cashiers Office pending resolution of the dispute between Defendant Donald Creadore and Defendant Creadore's former counsel, Rosenberg & Estis, P.C., regarding the attorneys' fees and disbursements in connection with Rosenberg & Estis, P.C.'s representation of Seller in the above-captioned civil action.

-5-

The Clerk of Court respectfully is requested to close the motion at ECF No. 53, which is moot based on the filing of this order.

**IT IS SO ORDERED**

_____  
      Hon. Mary Kay Vyskocil  
    United States District Judge

Dated: October 7, 2021